

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2014

No. 04-13-00873-CR

Waylin Lee **WIEDENFELD**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-1207-CR
Honorable Gary L. Steel, Judge Presiding

## O R D E R

The appellant's brief was originally due to be filed on April 4, 2014. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to May 5, 2014. On May 2, 2014, the appellant filed a motion requesting an additional extension of time to file the brief until June 4, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by June 4, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court